JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN T. COPELAND;** <br><br> Plaintiff, <br><br> v. <br><br> **TRUEACCORD CORP AND LVNV FUNDING, LLC;** <br><br> Defendants. | Case No.: 8:19-cv-02094-JDE <br><br> *HON. MAG. JUDGE JOHN D. EARLY* <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Court hereby retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of twelve (12) months from the date of this Order. The Clerk is directed to close the file.

Dated: May 07, 2020

_____
JOHN D. EARLY
United States Magistrate Judge